## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 13 |
| ARTHUR DeMAYO | : | CASE NO.: 16-31645 |
| NORMA DeMAYO | | |
| DEBTOR(S) | : | DATE: OCTOBER 30, 2019 |

### MOTION TO MODIFY A CONFIRMED PLAN

The Debtors, Arthur DeMayo and Norma DeMayo, by and through their attorney, Francis E. Lamboley, do hereby file this Motion to Modify their Third Amended Plan and approve Modification of their Third Amended Plan and in support thereof do hereby state the following:

1. The Debtors, Arthur DeMayo and Norma DeMayo, (hereinafter known as "Debtors'") filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on October 28, 2016.

2. The Debtor's Third Amended Plan was confirmed by this Court on December 8, 2017.

3. Under the terms of the Third Amended Plan, the plan payments were to be made from Arthur DeMayo's earnings by his employer, Five Star Market.

4. Mr. DeMayo is no longer employed by Five Star Markets and the Debtors attempted to make the payments directly to the Chapter 13 Standing Trustee.

5. This did not work well and as a result they are behind in their plan payments.

6. The Debtors propose to Modify their Third Amended Plan to provide that the plan payments will be made pursuant to a payroll deduction order from Norma

DeMayo's employer and to include $500.00 additional attorney's fee for the Modification.

7. The Debtors wish to continue toward consummation of their confirmed Chapter 13 Plan and believe the approval of a Modified Plan will allow them to do so.

8. Concurrent with this Motion, the Debtors have filed a First Modification of their Third Amended Chapter 13 Plan which allows Debtors to get back on tract and adequately fund their Plan over the remaining terms of the Plan.

WHEREFORE, the Debtors request the Court to approve Debtors' Motion to modify their Third Amended Plan and approve the First Modification of their Third Amended Plan and grant such other and further relief as the Court may appertain.

                                         Arthur DeMayo
                                         Norma DeMayo, Debtors

By _____
     Francis E. Lamboley, Esq.
     Lamboley Law Firm, LLC
     One Evergreen Ave., Suite 20
     Hamden, CT 06518
     Phone (203) 287-8042
     Fax (203) 287-9742
     franlamboley@comcast.net

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 13 |
| ARTHUR DeMAYO | : | CASE NO.: 16-31645 |
| NORMA DeMAYO | | |
| DEBTOR(S) | : | DATE: OCTOBER 30, 2019 |

## PROPOSED ORDER ON
## MOTION TO MODIFY THIRD AMENDED PLAN

The Debtors' Motion to Modify Third Amended Plan and approve Modification of Third Amended Plan having come before the Court and good cause existing for the granting thereof, it is hereby

ORDERED, granted and the Debtors' Motion to Modify Third Amended Plan is granted and the Modification of the Third Amended Plan is approved.

                                          United States Bankruptcy Court

                                          Honorable Ann M. Nevins
                                          United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 13 |
| ARTHUR DeMAYO | : | CASE NO.: 16-31645 |
| NORMA DeMAYO | | |
| DEBTOR(S) | : | DATE: OCTOBER 30 2019 |

**CERTIFICATION**

The undersigned hereby certifies that the foregoing Motion to Modify Third Amended Plan, Proposed Order and Proposed First Modification of Third Amended Chapter 13 Plan was served on the Court's CM/ECF Services on the Office of the United States Trustee, the Chapter 13 Trustee and all parties qualified to receive electronic notice. The undersigned further certifies that on October 30, 2019, the foregoing documents were served via First Class Mail to the attached list of Creditors.

By _____
Francis E. Lamboley, Esq.
The Lamboley Law Firm, LLC
One Evergreen Avenue, Suite 20
Hamden, CT  06518
Phone (203) 287-8042
Fax (203) 287-9742

Arthur DeMayo
45 Hobson Street
East Haven, CT 06512-4629

Connecticut Housing Finance Authority
999 West Street
Rocky Hill, CT 06067-3019

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Norma Marie DeMayo
45 Hobson Street
East Haven, CT 06512-4629

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

Town of East Haven
Tax Collector
250 Main Street
East Haven, CT 06512-3004

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Verizon Wireless
PO Box 489
Newark, NJ 07101-0489

Stoneleigh Recovery Assoc.
P.O. Box 1479
Lombard, IL 60148-8479

Connecticut Housing Finance Authority
Michael S. Wrona c/o Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-1503

(p)CONNECTICUT DEPARTMENT OF REVENUE SERVICES
ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM
450 COLUMBUS BLVD STE 1
HARTFORD CT 06103-1837

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

Firstsource Advantage
205 Bryant Woods South
Amherst, NY 14228-3609

GNHWPCA
260 East St.
New Haven, CT 06511-5839

Halloran & Sage LLP
265 Church St #802
New Haven, CT 06510-7013

Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179-0328

Howard Lee Schiff
P.O.Box 280245
East Hartford, CT 06128-0245

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kohls Dept. Store Inc.
Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983

London & London
Attorneys At Law
48 Christian Lane
Newington, CT 06111-5437

MIDLAND FUNDING LLC
Midland Credit Management, Inc. as agent
Midland and Funding LLC
PO BOX 2011
Warren, MI 48090-2011

Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170

Merchants and Medical
Credit Corp.
6324 Taylor Drive
Flint, MI 48507-4685

Midland Credit Management
2365 Norside Drive
Suite 300
San Diego, CA 92108-2709

Zullo & Jacks Law Offices LLC
83 Main Street
East Haven, CT 06512-2523

Viking Client Services
7500 Office Ridge Circle
#100
Eden Prairie, MN 55344-3783

United Illuminating
Operations Building
100 Marsh Hill Road
Attn: Ms. Perez
Orange, CT 06477-3628

Navient Solutions, Inc. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Regional Water Authority
90 Sargent Drive
New Haven, CT 06511-5966


Sunrise Credit Services
P.O. Box 9100
Farmingdale, NY 11735-9100


Town of East Haven
Office of Community Development
c/o Town Clerk
250 Main Street
East Haven, CT 06512-3004

Southern Connecticut Gas
60 Marsh Hill Road
Orange, CT 06477-3663


TD BANK USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132